# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# PENSACOLA DIVISION

SARAH GRAHAM,

    VS                                            CASE NO.  3:07cv117/MCR/MD

UNITED HEALTHCARE INSURANCE
COMPANY, ET AL

**REFERRAL AND ORDER**

Referred to Judge Rogers on       April 12, 2007
Type of Motion/Pleading: MOTION FOR EXTENSION OF TIME FOR 10 DAYS IN WHICH TO FILE A RESPONSE TO THE COMPLAINT.
Filed by: DEFENDANT, UNITED HEALTHCARE   on 4/11/07   Document 5
( ) Stipulated/Consented/Joint Pleading
RESPONSES:
PLAINTIFF                      on 4/11/07   Doc.# 6
                                 on           Doc.#
                                 WILLIAM M. McCOOL, CLERK OF COURT

                                 /s/ Teresa Cole
                                 Deputy Clerk: Teresa Cole

**ORDER**

      Upon consideration of the foregoing, it is ORDERED this 17th day of April, 2007, that:

      The requested relief is GRANTED.

                                            *s/ M. Casey Rodgers*
                                          **M. CASEY RODGERS**
                                          **UNITED STATES DISTRICT JUDGE**

Entered On Docket:             By:
Rules 58 & 79(a) FRCP or 32(d)(1) & 55 FRCRP
Copies sent to:

                                 Document No.