# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# PENSACOLA DIVISION

SARAH GRAHAM,

    VS                                    CASE NO.  3:07cv117/MCR/MD

UNITED HEALTHCARE INSURANCE
COMPANY, ET AL

**REFERRAL AND ORDER**

Referred to Judge Rodgers on     May 24, 2007
Type of Motion/Pleading: MOTION TO STAY
Filed by: PLAINTIFF     on 5/23/07     Document 15
( X ) Stipulated/Consented/Joint Pleading
RESPONSES:
                                          on              Doc.#
                                          on              Doc.#
                                          WILLIAM M. McCOOL, CLERK OF COURT

                                          /s/ Teresa Cole
                                          Deputy Clerk: Teresa Cole

**ORDER**

     Upon consideration of the foregoing, it is ORDERED this 24th day of May, 2007, that:

     The requested relief is GRANTED for thirty (30) days.

                                            s/ *M. Casey Rodgers*
                                            **M. CASEY RODGERS**
                                            **UNITED STATES DISTRICT JUDGE**

Entered On Docket:                By:
Rules 58 & 79(a) FRCP or 32(d)(1) & 55 FRCRP
Copies sent to:

                                            Document No.